**James Edward WILLIAMS, Plaintiff—Appellant,**

v.

**WAKE COUNTY; Pitt County; Craven County, Defendants—Appellees.**

No. 04–6272.

United States Court of Appeals, Fourth Circuit.

Submitted: June 24, 2004.

Decided: June 30, 2004.

James Edward Williams, Appellant pro se.

Shelley Tager Eason, County Attorney's Office for the County of Wake, Raleigh, North Carolina; Andrew Harrison Downes Wilson, Barber & Associates, Greenville, North Carolina; JoAnne Keeler Burgdorff, Pitt County Legal Department, Greenville, North Carolina; James Russell Sugg, Sr., Scott Christopher Hart, Sumrell, Sugg, Carmichael, Hicks & Hart, P.A., New Bern, North Carolina, for Appellees.

Before WILKINSON, NIEMEYER, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

James Edward Williams appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Williams v. Wake County*, No. CA–01–173–5–BR (E.D.N.C. Jan. 22, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*